

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2014

No. 04-14-00100-CR

Edgar Javier **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2321-CR
William Old, Judge Presiding

## O R D E R

Ms. Patricia Wagner is the reporter responsible for preparing, certifying and timely filing the reporter's record. Ms. Wagner's reporter's record was originally due on June 2, 2014. Ms. Wagner has been granted one previous extension until July 7, 2014. On July 8, 2014, Ms. Wagner filed a second request for additional time, asking for a forty-five day extension.

We GRANT the request for an extension of time, and it is therefore ORDERED that Ms. Wagner file the reporter's record in this court **no later than August 21, 2014**.

The Clerk of this court shall cause a copy of this order to be served on Ms. Wagner by certified mail, return receipt requested, and by regular United States mail. Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the Honorable William Old. *See* TEX. R. APP. P. 35.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court